IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3038 |
| | ) | |
| v. | ) | |
| | ) | |
| EUGENE A. McNEALLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 136). The Court notes that defendant's conviction has been affirmed, and the stay pending appeal should be terminated. Accordingly,

IT IS ORDERED that in accordance with the mandate of the United States Court of Appeals for the Eighth Circuit, defendant shall self-surrender to an institution designated by the Bureau of Prisons **on or before 2 p.m., on September 12, 2005.**

DATED this 15th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court