IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3038 |
| | ) | |
| v. | ) | |
| | ) | |
| EUGENE A. McNEALLY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for enlargement of time and order of reporting date (Filing No. 140). The Court has reviewed said motion and finds it should be denied. Accordingly,

IT IS ORDERED that defendant's motion is denied. Defendant shall self-surrender to the institution designated by the Bureau of Prisons **on or before 2 p.m., on September 12, 2005.**

DATED this 22nd day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court