IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       4:02CR3038
                                )
      v.                        )
                                )
EUGENE A. McNEALLY,             )       ORDER AND JUDGMENT
                                )
            Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's "28 U.S.C. 2255 motion to vacate a void judgment / mandatory judicial notice, Federal Rules of Evidence Rule 201" (Filing No. 142) is denied.

DATED this 9th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court