IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )      4:02CR3038
                              )
     v.                       )
                              )
EUGENE A. McNEALLY,           )      ORDER AND JUDGMENT
                              )
          Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Filing No. 150) is denied without prejudice.

DATED this 20th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court